AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 751(a) & 4082(a) - Escape from Custody

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
5 years in prison
$250,000 fine
3 years of supervised release
$100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
DEC 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ TONY ODELL MILLER

**DISTRICT COURT NUMBER**

CR 18-0611 JD

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. MARSHALS SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ALEX G. TSE

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA MCCALL, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

FILED
DEC 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

TONY ODELL MILLER,

CR 18 0611

DEFENDANT.

INDICTMENT

18 U.S.C. §§ 751(a) & 4082(a)– Escape from Custody

A true bill.

_____ Foreman

Filed in open court this __18__ day of
Dec. 2018

_____ Clerk

SALLIE KIM
United States Magistrate Judge

NO BAIL ARREST WARRANT

Bail, $_____

ALEX G. TSE (CABN 152348)
United States Attorney

**FILED**
DEC 18 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR 18 0611  JD

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | VIOLATION: 18 U.S.C. §§ 751(a) & 4082(a)– Escape from Custody |
| v. | |
| TONY ODELL MILLER, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about June 1, 2018, in the Northern District of California, the defendant,

TONY MILLER,

did knowingly and voluntarily escape without permission from custody in the Geo Care Inc. Residential Reentry Center in Oakland, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of California, upon conviction for the commission of the offense of Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

//

INDICTMENT

1  All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

3  DATED: 12-18-2018                                            A TRUE BILL.

                                                                _____
                                                                FOREPERSON

7  ALEX G. TSE
   United States Attorney

   _____
   GARTH HIRE
10 Chief, Oakland Branch

12 (Approved as to form: _____ )
                         AUSA CHRISTINA McCALL

INDICTMENT                                2